No. 15-25-00118-CV

JAMES BRICKLEY,  §  IN THE FIFTEENTH
  Appellant,
  §
v.  §  COURT OF APPEALS

NICHOLAS WALTON,  §
  Appellee  §  AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUL 31 2025

CHRISTOPHER A. PRINE
CLERK

_____

APPELLANT'S REQUEST FOR SUPPLEMENTATION OF THE CLERK'S RECORD


TO: Becky Moore
    Clerk of the 440th District Court of Coryell County, Texas

P.O. Box 4
Gatesville, Texas 76528
(254)-865-5911 EXT:101 (phone)
(254)-865-5064 (fax)

From: James Brickley
Appellant pro se

   RE: Appellant's request for supplementation of the Clerk's
   Record for Brickley v. Walton, cause number DC-24-55842, in
   the 440th District Court of Coryell County, Texas.


Appellant, James Brickley, requests that this court clerk prepare, certify and file a supplement to the clerk's record, as authorized by Texas Rule of Appellate Procedure 34.5(c). Specifically, appellant requests that the following documents beincluded in the clerk record:

1. The Court's Findings of Fact and Conclusions of Law.

Appellant requests that the documents listed above be prepared, certified and filed in the Fifteenth Court of Appeals by the court clerk. A previous request was made for this document in Plaintiff's Request for documents to be included in the Clerk's Record for Brickley v. Walton. (C.R. at144-145). However, the document was not included. I am sure it was a mistake, but please supplement

1

the record to reflect that now.

Respectfully submitted,

_James Brickley_ 24 July 2025

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597

CERTIFICATE OF SERVICE

A copy of this request will also be sent to the Fifteenth Court of Appeals Clerk and oppossing party, via Inmate Mail. Executed on this the 24th day of July, 2025.

_James Brickley_ 24 July 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

2



AUSTIN TX 787

RIO GRANDE DISTRICT
30 JAN 2025  PM 1

FOREVER USA
PURPLE HEART

James Brickley
#02299486
3201 FM 929
Gatesville, TX 76597

The Clerk of the
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Legal
Mail

78711-285252

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUL 3 1 2025

CHRISTOPHER A. PRINE
CLERK